IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 13-00514-SOM-3 |
| | ) | CR 13-00653-SOM-1 |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER REGARDING DEFENDANT |
| | ) | JOHN PENITANI'S RECENT |
| JOHN PENITANI, | ) | FILINGS |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

**ORDER REGARDING DEFENDANT JOHN PENITANI'S RECENT FILINGS**

The court has in the last few days received three more *pro se* filings from Defendant John Penitani, who is now serving a prison sentence in two criminal cases. These recent filings, ECF Nos. 416, 417, and 418 in Criminal No. 13-00514, may have been placed in the mail by Penitani before he had received this court's Order Denying Motions To Recuse, for Reconsideration, and for Sentence Reduction Under Amendment 782. That order was mailed to Penitani on September 27, 2021. (These recent filings were also filed in Criminal No. 13-00653, but the docket numbers cited in the present order are the numbers in Criminal No. 13-00514.)

By the time this court received the three recent filings, there was nothing else pending before this court. To the extent the three recent filings were meant as supplements to Penitani's earlier filings, which were the subject of this

court's order of September 27, 2021, the supplements do not cause this court to amend its order. Although Penitani's practice is to send a steady stream of documents to the court as if he can continually amend or supplement his papers, this court cannot deal with open-ended filings that are never complete. The court considered Penitani's earlier filings to be his complete motions and acted on them. The court has nevertheless reviewed the three recent filings and, to the extent they are supplements, the court is not persuaded by them to change its ruling of September 27, 2021.

To the extent any or all of Penitani's three recent filings were intended to be new motions, such new motions are denied. The matters raised in the three recent filings have been raised in prior submissions by Penitani. In particular, one of the three recent filings bears the title "Motion To Recuse." Penitani has moved repeatedly for the present district judge's recusal and is clearly frustrated that the present district judge continues to make rulings in his cases. His most recent recusal filing includes a list of questions that he seems to think will illustrate why recusal is warranted. But questions cannot substitute for actual evidence or record references. Even if ECF No. 416 is a new motion to recuse, it is denied not only because this court has already repeatedly addressed Penitani's recusal arguments and incorporates its earlier statements into this

order, but also because, at this point, nothing is pending before this court.  That is, there is nothing from which this judge could be recused.

        IT IS SO ORDERED.

        DATED: October 4, 2021, Honolulu, Hawaii.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge

United States of America v. Penitani, CR. No. 13-000514-SOM-3, CR 13-000653-SOM-1; ORDER REGARDING DEFENDANT JOHN PENITANI'S RECENT FILINGS.